United States District Court
Southern District of Texas
FILED

MAY - 4 2011

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL   NO.   M-10-848-6 |
| | § | |
| JESUS ARMANDO ARANDA | § | |

### ORDER GRANTING PERMISSION

BE IT REMEMBERED that on the 4th day of May, 2011, came on to be heard the Defendant's Motion Requesting Permission to Travel to San Antonio, Texas to help his daughter, Jessica Abigail Aranda, pack and move all of her belongings back home and the Court having considered the same finds that said Motion is Good and should be granted.

*IT IS THEREFORE ORDERED, ADJUDGED AND DECREED* that the Defendant's Motion Requesting Permission To Travel to San Antonio, Texas is granted in all things and that the Defendant is herein allowed to travel to San Antonio, Texas. *Defendant is to report to his Pretrial Officer on Monday, May 9, 2011, at 10:00am*

SIGNED on this the 4th day of May, 2011.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate