UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIM. NO. M-10-848-1, 3, 4, 5, 6, 7 & 8 |
| § | |
| ARTURO COLL, JR., aka RABANO, aka § | |
| RABANITO, aka POLLO; § | |
| MARCARIA GARZA, aka CAMELIA; § | |
| LOUIS VAZQUEZ; § | |
| EDUARDO LONGORIA, aka § | |
| HUEVOLIN; § | |
| JESUS ARMANDO ARANDA; § | |
| REYNALDO FLORES, JR., aka TOCAYO § | |
| and DAGOBERTO ROBLES § | |

## ORDER RESETTING SENTENCING

IT IS HEREBY ORDERED that this matter (previously set for August 24, 2011) is hereby reset for sentencing on October 26, 2011 at 2:00 p.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 24th day of August, 2011, at McAllen, Texas.

_____
Randy Crane
United States District Judge