United States District Court
Southern District of Texas
FILED

DEC 18 2015

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS, MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 7:10CR00848-006 |
| JESUS ARANDA, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR A REDUCTION OF SENTENCE PURSUANT TO**

**18 U.S.C. §3582 AND RETROACTIVE AMENDMENT 782, U.S.S.G.**

COMES NOW Jesus Aranda, pro se, the Defendant in the captioned cause, moves this Court, pursuant to 18 U.S.C. :3582 and Retroactive Amendment 782, to enter its Order reducing defendant's sentence of 70 months imposed in this cause on October 26,2014 and in connection with this Motion for a Reduction of Sentence, respectfully shows this Court as follows:

1. On October 21,2011, this Court imposed a sentence of 70 months on the defendant herein following his conviction of the crime of Conspiracy with Money Laundering. The Court also imposed a 3 year term of supervised release.

2. Since the date the sentence was initially imposed as aforesaid, there have been no modifications of the sentence.

3. This Court has the jurisdiction and authority to hear and consider this motion in that the provisions of 18 U.S.C. §3582(c)(2) gives this Court the authority to reduce a previously imposed sentence when the United States Sentencing Commission lowers the applicable guideline range for an offense pursuant to its statutory authority under 28 U.S.C. §994 (o), and then utilizes its authority under 28 U.S.C. §994 (o) to make the reduced guideline range retroactively applicable to cases that were sentenced under the harsher guideline in force at the time the original sentence was imposed.

4. The United States Sentencing Commission lowered the applicable guideline range for drug offenses by two levels and made the reductions retroactive. The amended guideline range became effective on November 1, 2014.

5. Defendant is eligible for the reduction in sentence because he meets the qualifications for a reduction in sentence. The provisions of 18 U.S.C. §3582(c) provide, in relevant part: "In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. §994 (o), upon motion of the defendant ... the court may reduce the term of imprisonment after considering the factors set forth in section §3553 (a) to the extent they are applicable, if such reduction is consistent with applicable policy statements issued by the Sentencing Commission."

6. Defendant was sentenced by this Court in Criminal History Category 27, Offense Level I in accordance with Amendment 782, defendant is now eligible for Offense Level 25.

7. The reduction of the defendant's offense level by two levels and a sentence based upon the new guideline range for the offense will fully comply with the sentencing factors set forth in 18 U.S.C. §3553 (a), and will be consistent with policy statement §1B1.10, which provides that courts have discretion in determing whether, and to what extent, to reduce a sentence for any person eligible to be considered for retroactive application of an amended Guideline. Courts may also consider a defendant's conduct while incarcerated. U.S.S.G. §1B1.10, comment (n.1)

8. Defendant's post-sentencing conduct while in the custody of the Federal Bureau of Prisons has been productive throughout the years. Aside from the GED Defendant obtained before coming to prison he has enrolled in several classes to enrich his educational goals. Defendant has taken courses such as, Parenting Class, Resume and Interview, Nutrition and Health, Personal Growth, Victim Impact Class, Get right with your taxes, Beginning Guitar Class, RLS Requirements and Procedures, snd RRL Rules and Regulations.

Defendant since date of incarceration has maintained employment for Bureau of Prisons in the Landscaping Division. He has consistently received outstanding evaluations from his supervisor. Defendant has attended job fairs to keep up with release preparation.

Defendant has built and maintained strong ties with his family and is prepared to be part of a community in the best postivie manner he can be.

9. Defendant submits the following statement for the Court's consideration:

> From my first day of incarceration, I have devoted myself to doing everything that I possibly can to prepare for my eventual release. I want my reintegration back into the community to be law abiding, responsible, and successful. I have worked extremely hard to achieve positive change in my life and to make concrete progress towards my rehabilitation. I have made mistakes in my past, but I do not pose a threat to the public in any way. I wholeheartedly want the Court to know that I will never reoffend; it is simply beyond what I am capable of as the new man I have become. I will never get back the years that I have already served. I have no greater desire than to be the kind of father that my amazing children deserve, and dealing drugs or being an inmate is no way to do that. Please grant me the precious opportunity to be a role model to my children: When I get back home I want to start my own trucking compay and have my own business to also show my family that I can do it. I have studied and earned my diploma in mechanics and plan to use this skill to help my business. I deeply regret the laws that I broke and, the harm I caused the community, and the emotional pain I caused my family. I have used the past as motivation to work towards what I can accomplish as a contributing member of society, instead of something that I overcome. I am now the person that I could have been without drugs in my life; trustworthy, honest, and hard working.

## CERTIFICATE OF SERVICE

This is to certify the undersigned did mail a true and correct oopy of the foregoing DEFENDANT'S MOTION FOR A REDUCTION OF SENTENENCE to the following:

United States District Court
Clerk of Court
P. O. Box 5059
McAllen, TX 78501

Patricia Cook Profit
United States District Court
P. O. Box 5059
McAllen, TX 78501

by first-class mail, in an envelope addressed as aforesaid, with sufficient first-class postage, prepaid and affixed thereto, and by depositing the same in the mail receptacle provided for inmate use in mailing legal materials from the USP Satellite Camp Leavenworth, Kansas 66048 on this 12-13-15 day of December, 2015.

                                                                       _____
                                                                         Jesus Avanda

WHEREFORE, for the foregoing reasons, Defendant prays an Order of this Court reducing the sentence of 70 months imposed on October 26, 2011 as authorized by the United States Sentencing Commission's action in reducing the guideline range for all drug offenses by two (2) levels, and in accordance with Amendment 782.

Respectfully submitted,

Jesus Ayanda
USP-Leavenworth - SAT Camp
P. O. Box 1000
Leavenworth, KS 66048

⇦ 34939-279 ⇦
Jesus A Aranda
3493९279
PO Box. 1000
Leavenworth, KS 66048
United States

KANSAS CITY 640
14 DEC 2015 PM 2

CLERK U.S. DISTRICT COURT
RECEIVED
DEC 18 2015
SOUTHERN DIST OF TEXAS
McALLEN TEXAS

⇦ 34939-279 ⇦
United States District Crt
Patricia Cook Profit
P.O. Box 5059
Mcallen, TX 78501
United States